[No. 3045. Decided November 21, 1898.]

THE STATE OF WASHINGTON, *Respondent,* v. HARRY HEWSON, *Appellant.*

Appeal from Superior Court, Skagit County.—Hon. JESSE P. HOUSER, Judge. Affirmed.

*J. C. Waugh,* for appellant.

*I. E. Schrauger,* Prosecuting Attorney (*E. C. Million* and *E. P. Barker,* of counsel), for The State.

PER CURIAM.—The defendant was convicted of grand larceny and has appealed. The only question raised is that the evidence was insufficient to justify a conviction. A motion was made for a non-suit at the close of the plaintiff's case and was renewed in substance at the conclusion of the trial. It is contended that the evidence is insufficient to sustain the charge that the defendant took the goods in question or to show that their value exceeded thirty dollars. A great many witnesses testified upon the trial, and the testimony is voluminous and conflicting. After reading it, we are satisfied that the verdict should not be disturbed, and the judgment is affirmed.

---

[No. 3081. Decided November 22, 1898.]

L. K. MONFORT, *Appellant,* v. AGNES McDONOUGH *et al., Respondents.*

Appeal from Superior Court, Spokane County.—Hon. LEANDER H. PRATHER, Judge. Reversed.

*W. J. Thayer,* for appellant.

PER CURIAM.—Appeal from a judgment of non-suit rendered by the superior court of Spokane county.

The case involves the point whether an oral authority to an agent to sign an agreement for the sale of realty is sufficient.

The question is squarely decided in *Carstens v. McReavy,* 1 Wash. 359 (25 Pac. 471), and, on the authority of that case, the judgment must be reversed.